UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 20-6040-JFW (KS)                                          Date: January 19, 2021

Title     *Muoi Van Duong v. Stew Sherman*

Present: The Honorable:     Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

  On July 6, 2020, Muoi Van Duong ("Petitioner"), a state prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") pursuant to 28 U.S.C. § 2254.  (Dkt. No. 1.)  On August 11, 2020, Petitioner requested a *Rhines* stay (Dkt. No. 6), which the Court granted on August 21, 2020 (Dkt. No. 7).  The Court ordered Petitioner to file, *inter alia*, status reports advising the Court of the status of his state habeas proceeding every 45 days.  (Dkt. No. 7.)  Petitioner last filed a status report on November 13, 2020.  (Dkt. No. 10.)  Accordingly, his next status report was due on December 28, 2020.

  More than three weeks have now passed since Petitioner's December 28, 2020 deadline for filing a status report, and Petitioner has neither filed a status report nor otherwise communicated with the Court about his case.  Accordingly, Petitioner is **ORDERED TO SHOW CAUSE** no later than February 9, 2021, why this case should not be dismissed for his failure to prosecute and comply with the Court's prior Order.

  To discharge this Order and proceed with this action, Petitioner must file <u>one</u> of the following **on or before February 9, 2021**:

   (1) a status report concerning his habeas proceedings in the California Supreme Court; or
   (2) a request for an extension of time that establishes good cause for Petitioner's failure to timely file a status report in compliance with the Court's August 21, 2020 Order.

  Alternatively, if Petitioner no longer wishes to proceed with this case, he may file a signed document entitled "Notice of Dismissal" in which he requests the voluntary dismissal of this action without prejudice.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  CV 20-6040-JFW (KS)                                                    Date: January 19, 2021

Title       *Muoi Van Duong v. Stew Sherman*

**Petitioner is expressly cautioned that his failure to timely respond to this order may result in the Court vacating the stay *nunc pro tunc* and recommending dismissal of the action based on Local Rule 41-1 and Rule 41 of the Federal Rules of Civil Procedure.**

|  | : |
|---|---|
| **Initials of Preparer** | gr |