# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MUOI VAN DUONG, | ) | NO. CV 20-6040-KS |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| STEW SHERMAN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 22, 2022

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE